No. 01-15-00060 – CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/18/2015 1:43:37 PM
CHRISTOPHER A. PRINE
Clerk

# *In The Court Of Appeals*
# *First District Houston Texas*

Daryl Barnes
and
Demeatrice Goff
*Appellants,*
**V**
Kevin Fulton And National Housing Development Corporation
*Appellees*

_____

From The 129*th* Judicial District Court
Harris County, Texas
Case No.2012-34954

## Certificates of Conference

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other partiesⅭwhich are listed belowⅭabout the merits of this motion with the following results: Kevin Fulton defendant  has disclosed to appellant  Barnes that he will oppose all motions. Petitioners emailed the defendants attorney Valex Amos inquiring about his position as to opposition to the attached motion and instead received a reply from the defendant personally

*See attached Email communique*


 Daryl Barnes                                                    /s/Daryl Barnes

Date March 16*th*,2015

## Certificate of Conference

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below about the merits of this motion with the following results: Counsel for defendants National Housing Development Corporation Attorney Phillip Lee has declined to oppose or not oppose as they have not responded to the petitioners attempts to confer

Daryl Barnes                                    /s/Daryl Barnes

Date March 16th,2015